# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRISTIAN M. FULKERSON,

    Plaintiff

v.

THRIVE MARKET, LLC, et. al.,

    Defendants

Case No.: 3:20-cv-00512-MMD-WGC

**Order**

    Plaintiff has filed a civil complaint. (ECF No. 1.)[1] Initially, Plaintiff paid the $400 filing fee ($350 filing fee and $50 administrative fee) by check; however, the check was returned due to insufficient funds. Therefore, Plaintiff must either submit another form of payment for the filing fee, or file a completed application to proceed in forma pauperis (IFP).

    The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis*. The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

    The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either pay the $400 filing fee or file a completed IFP application. If Plaintiff files a completed IFP application, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which

---

[1] Plaintiff has also filed a proposed criminal complaint (ECF No. 3); however, Plaintiff should be advised that criminal charges must be initiated by the United States Attorney's Office.

relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiff fails to timely pay the filing fee or file a completed IFP application, this action will be dismissed.

**IT IS SO ORDERED**.

Dated: September 24, 2020

*William G. Cobb*
William G. Cobb
United States Magistrate Judge